

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00142-CV

SOUTHWEST RESOURCES, INC. AND
D. KEITH SANDERS,

Appellants

v.

DYSON ENERGY GROUP, LLC,

Appellee

From the 361st District Court
Brazos County, Texas
Trial Court No. 15-002115-CV-361

## MEMORANDUM OPINION

Appellants, Southwest Resources, Inc. and D. Keith Sanders, appealed the trial court's judgment rendered against them. They have now filed a motion to dismiss the appeal.

Appellants' motion is granted. This appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Appeal dismissed
Opinion delivered and filed September 4, 2019
[CV06]

